UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-31253 |
|---|---|
| SUSAN DENESE CLARK | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4030244**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 20 | TIME WARNER CABLE<br>BOX 0902<br>CAROL STREAM, IL  60132 | 33.71 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/31/2010

Certificate of Service  06-31253

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

SUSAN DENESE CLARK
3641 HILLSTONE PLACE
DAYTON, OH  45424

NICHOLAS A ZINGARELLI
810 SYCAMORE ST
3RD FLOOR
CINCINNATI, OH  45202

(27.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA  23225

(20.1)
TIME WARNER CABLE
BOX 0902
CAROL STREAM, IL  60132

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv